NUMBER 13-06-173-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

                              IN RE DANIEL
GUIDRY                                      

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus __________________________________________________________________

 

                     MEMORANDUM OPINION

 

        Before Chief Justice Valdez and Justices Rodriguez
and Castillo

                            Per Curiam Memorandum Opinion[1]

 








Relator, Daniel
Guidry, filed a pro se petition for writ of mandamus in
the above cause on April 17, 2006.  The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion
that relator, who is represented by appellate counsel in Guidry v. State,
No. 13-05-00469-CR (Corpus Christi filed June 10, 2005), has not shown himself
entitled to the relief sought.  See
Scheanette v. State, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004)
(citing Patrick v. State, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); Lockhart
v. State, 847 S.W.2d 568, 569 n.1 (Tex. Crim. App. 1992)) (providing that
an appellant does not have a right to hybrid representation).  Accordingly, relator's petition for writ of
mandamus is denied.  See Tex. R. App. P. 52.8(a).

PER CURIAM

 

Memorandum Opinion delivered and 

filed this 24th day of April, 2006.

 











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).